# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO.  10-0115 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| BEATO REYNOSO | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's motion under 28 U.S.C. § 2255 [Doc. No. 34] be **DENIED**.

MONROE, LOUISIANA, this 8th day of March, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE