UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 10-00115-01/USM NO. 25834-050 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BEATO REYNOSO | MAG. JUDGE KAREN L. HAYES |

Date of Original Judgment:      09/07/2010        <u>Rebecca Hudsmith      </u>
                                                  **Defendant's Attorney**

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

   Upon motion of the Defendant [Doc. No. 84], under 18 U.S.C. § 3582( c )(2), for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §IBl.l0 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

   **IT IS ORDERED** that the motion is DENIED.  Defendant shall serve his previously imposed sentence of imprisonment of 70 months.  All provisions of the judgment dated September 7, 2010, shall remain in effect.

**IT IS SO ORDERED.**

Order Date:      <u>June 3, 2015</u>

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
                                                                *Printed name and title*